THE JUDGE IS SUSPENDED FROM MAKING ANY DECISIONS FOR OR AGAINST ME.
COURT OF RECORD.
AS MYSELF WITH NO REPRESENTATION.
Plaintiff
Thomas Dorn ( Not a corporate name )

vs.

Defendant (s)
MEREDITH AVERY,
LILLIAN AVERY,
PHILIP SMITH,
JAMIN ALABISO,
CORINNE MAGID,
INTERNAL REVENUE SERVICE,
US BANK SOCIETY GENERAL,
MR. COOPER,
THE STATE OF COLORADO



RECEIVED JUL 23 2025 CLERK, U.S. DISTRICT COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA

2:25-cv-1104

COMPLAINT and HABEAS CORPUS

1. Mr. Philip Smith has breached the attorney-client confidentiality agreement. And it is more than just breaching it; he was conspiring against me. They have no corpus delicti, yet they are accusing me of a crime.

2. The Colorado Supreme Court made a record of habeas corpus in the year 2016, so I get a habeas corpus again for these new civil issues. The docket number(s) for I demand a trial by jury is Docket Number: C0302018C D001598, Docket Number: 18C1589.

3. On 3/27/2017, someone was able to get a Social Security card made up at a Social Security office that was not me. Additionally, someone in California was taking action on my credit, and I was receiving solicitations from them. I had to appeal in the court case in the Southern District of San Diego.

4. Again, in year-2025, they started putting up mooring lines at my job by calling or contacting them in some way through the networks they have. What they are skimmerishing for is not normal for the $137,000/yr job I have/had. I have had it for a few years and started at $120,000/yr so I got a 17,000/yr raise from the same company. The restraining order also has mooring lines, such as I am prohibited from being within a certain distance of another person.

6. Restraining means to capture, but it is not clear what they are capturing. They told me I could come and drop off the order. I needed to sue them because they were hacking me. They did not tell me they were going to make it worse.

7. If they are not endorsing my currency (fictional) bill of exchange as the managers, then I am going to have trouble getting the type of jobs that I had before the restraining order.  A paycheck is a credit from the city of London's perspective because it is discounted before it is given out. So if they are not going to give credit, it is a problem for me, and I will need to pay with my bill of exchange, which is also legal tender, similar to how I am paying for this lawsuit. They need to accept my bill of exchange under the law of merchants.

8. I object to the jurisdiction of the magistrate judge Jamin Alabiso and the outcome of the trial, and I can have a new trial because there is no jury of 12 members. I do not accept an Alford



plea, and I demand a trial by jury of my peers for this civil issue of the correct number, a grand jury. If they cannot carry out the law, they need to dismiss the case; they are the ones who need to put on the trial. And what this is called is a writ of de novo.

9. The "sovereignty" of Colorado does not need to "protect Meredith" or her child because they have no evidence that I damaged the person.

10. Meredith Avery, who was or is a marine, is committing perjury to keep a restraining order against me. The people she knows around town are from the Marine base in Los Angeles or other bases.

11. I have diplomatic immunity concerning revenue and customs, and the states that are part of this network (department of revenue states), such as Colorado.

12. It is against the "The Fifth Amendment of the U.S. Constitution contains the Double Jeopardy Clause, which protects individuals from being prosecuted twice for the same offense." The restraining order was already dismissed by the federal court in 2020, and I have been able to work since then, continuing to do so for many years now.

13. It is cruel and unusual punishment considering I did not do anything to her, and they don't have any evidence that I did. It is just something that they want to do for their personal gain.

14. These people are trying to human traffic me and either manipulate my income or debt, and do some form of communism to me. I am suffering from the unlawful usury.

15. These people are using aliases for their identification, either because what they are doing is unlawful or the 1666 act.

I request a trial by jury of my peers.

## RELIEF NEEDED

1. The relief is that any civil unions or restraining orders that were created without my permission or consent are vacated. Any civil connection with Meredith Avery or her children or adult children is vacated from the record if there is still one. If they created a trust with a second docket number, I want the trust dissolved because I don't consent to it, and never have. A trust cannot be created by fraud, duress, deception, or influence, similar to a service "Tickle v. Barton". The breach of contract nullifies docket number 18C1589 because it is based on deceit and a conspiracy against me.

2. The removal of all mooring lines against me and for there to never be another mooring line set against me. It's unlawful to set traps against humans.

3. I did not do anything to Meredith, and if the property issues are taken into consideration, it shows that she owes me for taking my money and then wanting me to leave. We are not married, and what Jamin is doing is a color of law, violation of the law. Any damaged property is valued at the market price, as it was being used as a rental property. I need to agree to a civil connection or a trust, or a marriage. And it cannot be created through deceit.

4. Immunity against sorcery, witchcraft, and anarchy.

5. Injunctions against the unlawful restraining orders placed against me, so the effect is that



they are void. An emergency one so that the electronic interference stops immediately. And a permanent one so that I don't have to come back here again.

6. My writ of habeas corpus, I get a trial by jury of my peers for any civil and criminal accusations. Constitutionally, I have a right to trial by jury of my peers if there is to be any form of penalty, such as capture. Immunity against alford pleas, I can have a grand jury trial by jury, which is a jury of 12 members. I do not believe in restraining orders or marriage, so again, this is a violation of my rights. I do not consent to this.

7. The IRS processes my 2023 return and amended return, and I will get a refund.

8. In the future, when I sign up for a job from one of the public trust corporations, I can write exempt on the form. It is under duress that they are making me sign this

9. An injunction against the foreclosure, which at this point is a block. And it may take time for me to get back to my income level before these latest events.

10. For there to be no electronic interference used against me ever again, and hacking.

11. No more usury done to me.

12. A trial by jury under the Confirmatio Cartarum that all government officials need to follow the Magna Carta, and because of this, I get a trial by jury of my peers. In this document, it specifies that they need to follow the habous, which is in the Magna Carta.

13. I need the same career that I had.

## JURISDICTION

Maritime, Diversity

Original Jurisdiction complaint under the various worldwide alien tort statutes and acts, which allows any national to file suit in any court of law.



### [3] Thoughts about the hearing

Thomas Dorn                                                                                      ☆ ◁ ⊘ Wednesday

From  🔒 Philip Smith <philip@philipsmithlaw.com>                                                ☆ ⊖ ⊘ Thursday
To    Thomas Dorn

Eric,
I am filing a motion to withdraw today. See his letter to the court last year.

Philip M. Smith, Attorney at Law
1776 S. Jackson St., #610
Denver, CO 80210
303-333-8900
303-333-8901 fax
720-217-6964 mobile
philip@philipsmithlaw.com
www.philipsmithlaw.com

2.44 MB 1 file attached, 1 embedded image

dl.png 4.96 KB  |  220125 Letter from Thomas Dorn.pdf 2.44 MB

Thomas Dorn (DRAFT)                                                                              ☆ ◳ ⊘ Thursday

AUTOGRAPH

*Thomas Dorn* all Rights Reserved
ALL RIGHTS RESERVED
TRIAL BY JURY DEMANDED
                                              7/22/2025



21 pine street
Norwana Heights PA
15065